IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, et al., | ) | Bk. No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| ASCALON ENTERPRISES LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civ. No. 15-347-SLR |
| | ) | |
| REVSTONE INDUSTRIES, LLC, | ) | |
| | ) | |
| Appellee. | ) | |

**ORDER**

At Wilmington this 14th day of August, 2015, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court and having reviewed the objections to this recommendation as well as the response to objections;

IT IS ORDERED that the objections are overruled, the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **September 16, 2015.**

2. Appellee's brief in opposition to the appeal is due on or before **October 16, 2015.**

3. Appellant's reply brief is due on or before **October 28, 2015**.

**NOTE: Please refer to D. Del. LR 7.1.3(4) for page limitations.**

/s/ _____
United States District Judge